UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2009 MAY -5 P 2:10
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES OF AMERICA    :

v.    :    CASE NO. 3:09CR 102 (AWT)

NATHAN CARRERA    :

### FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the above-captioned matter to me by Judge Alvin W. Thompson, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, ~~on the basis of the petition the defendant has signed in open court, the certificate of defendant's counsel attached to that petition and also signed in open cou~~rt; the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead, that defendant knows his right to trial, that he knows what the maximum possible sentence is, [~~and what the mandatory minimum sentence or minimum period of supervised release is~~] [and that the sentencing guidelines apply; that there is a factual basis for the defendant's plea, [that he has knowingly and intelligently waived his right to proceed by indictment]; and that the plea of guilty by this defendant has been knowingly and voluntarily made and not coerced, and

-2-

(2) RECOMMEND to Judge Thompson that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at ~~New Haven~~ Hartford, Connecticut, this 5th day of May, 2009.

/s/ Donna F. Martinez, USMJ
Donna F. Martinez
United States Magistrate Judge